**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>RIEHL, JAMES<br>RIEHL, TAMMY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-15536 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Will County Court Annex
   57 N Ottawa St, Room 201
   Joliet, IL 60432

   On: **August 24, 2007**
   At: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       16,652.74

   b. Disbursements                         $            0.00

   c. Net Cash Available for Distribution   $       16,652.74

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Fees) | 0.00 | $2,415.27 | |

| | | |
|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $1,190.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $35.36 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $34,591.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 37.62%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | RECOVERY MGMT SYSTEMS CORPORATION | $ 380.92 | $ 143.29 |
| 002 | RECOVERY MGMT SYSTEMS CORPORATION | $ 699.54 | $ 263.14 |
| 003 | RECOVERY MGMT SYSTEMS CORPORATION | $ 1,718.04 | $ 646.26 |
| 004 | WORLD FINANCIAL NETWORK NAT'L BANK | $ 268.09 | $ 100.84 |
| 005 | WORLDWIDE FINANCIAL CAPITAL BANK | $ 6,104.75 | $ 2,296.36 |
| 006 | SMC | $ 242.33 | $ 91.15 |
| 007 | CHASE BANK USA NA | $ 2,783.76 | $ 1,047.14 |
| 008 | CHASE BANK USA NA | $ 6,227.16 | $ 2,342.41 |
| 009 | ALEXIAN BROS MEDICAL CENTER | $ 250.00 | $ 94.04 |
| 010 | FEDERATED RETAIL HOLDINGS, INC. | $ 432.61 | $ 162.73 |
| 011 | CHARMING SHOPPES/FASHION BUG | $ 427.54 | $ 160.82 |
| 012 | KOHLS/CHASE BANK USA, NA | $ 898.01 | $ 337.80 |
| 013 | PROVENA HEALTH | $ 1,291.22 | $ 485.70 |
| 014 | LVNV FUNDING LLC | $ 1,393.32 | $ 524.11 |

| 015 | LVNV FUNDING LLC | $ 11,474.69 | $ 4,316.32 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: None

Dated: **July 31, 2007**   For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| RIEHL, JAMES | |
| RIEHL, TAMMY | CASE NO. 06B-15536 BWB |
| | JUDGE BRUCE W. BLACK |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,415.27 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,415.27 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 1,190.00 |
| | b. Expenses | $ | 35.36 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses       $    0.00

3.    Other Professionals

           TOTAL     $    1,225.36

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

        ENTERED _____
                BRUCE W. BLACK
                UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2             Date Rcvd: Jul 31, 2007
Case: 06-15536                Form ID: pdf002            Total Served: 77


The following entities were served by first class mail on Aug 02, 2007.
db          +James A. Riehl,    2411 River Bend Lane,    Plainfield, IL 60586-6695
jdb         +Tammy L. Riehl,    2411 River Bend Lane,    Plainfield, IL 60586-6695
aty         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty         +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
aty         +Jose G Moreno,    Codilis & Associates,    15W030 N Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
cr          +JPMorgan Chase Bank, N.A.,    C/O Codilis & Associates, P.C.,    15W030 North Frontage Rd.,
              Suite 100,    Burr Ridge, IL 60527-6921
11032847    +ATG Credit LLC,    P.O. Box 14895,    Chicago, IL 60614-0895
11032844    +Adventist Hinsdale Hospital,    c/o Merchants Credit,    223 W Jackson Blvd,
              Chicago, IL 60606-6908
11032845    +Alexian Bros Medical Center,    22589 Network Place,    Chicago, IL 60673-0001
11032846    +Assoc Pathologists of Joliet,    330 N Madison St # 200A,    Joliet, IL 60435-6575
11032848    +Aurora Emergency Assoc LTD,    P.O. Box 3666 875-1500,    Oak Brook, IL 60522-3666
11032862   ++++COLE COUNSELING CENTER,    24109 W LOCKPORT ST,    PLAINFIELD IL   60544-2900
              (address filed with court: Cole Counseling Center,     608 W Lockport St,    Plainfield, IL 60544)
11032849    +Capital One Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11032850    +Cardiology Interpretation II,    P.O. Box 432,    Channahon, IL 60410-0432
11032851    +Caribbean Vacation Properties,    c/o ISCO,    3363 W Commercial Blvd # 202,
              Fort Lauderdale, FL 33309-3453
11032852    +Carson Pirie Scott,    P.O. Box 20519,    Jackson, MS 39289-1519
11032853    +Central Professional Group,    210 N Hammes Avenue,    Joliet, IL 60435-6679
11153085    +Charming Shoppes/Fashion Bug,    First Express,    PO Box 856021,    Louisville, KY 40285-6021
11032855    +Chase,   National Payment Services,    P.O. Box 182223,    Columbus, OH 43218-2223
11032854    +Chase,   201 E Main Street,    Lexington, KY 40507-2002
11032856     Chase Automotive Finance,    P.O. Box 5120,    New Hyde Park, NY 11042
11132187    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11032857     Chase Mastercard,    P. O. Box 15153,    Wilmington, DE 19886-5153
11032859    +CitiCards,    P.O. Box 688914,    Des Moines, IA 50368-8914
11032858    +Citibank USA - Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
11032860    +City of Joliet Fire Dept,    150 W Jefferson St,    Joliet, IL 60432-4148
11032861    +Codilis & Associates, P.C.,    15W030 N Frontage Rd # 100,    Burr Ridge, IL 60527-6921
11032863    +Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
11032864    +Commonwealth Edison,    2100 Swift Road,    Oak Brook, IL 60523-1559
11032865     Corwin Medical,    15722 S Rt 59 Bldg 142,    Plainfield, IL 60544
11032866    +DuPage Pathology Assoc,    520 E 22nd Street,    Lombard, IL 60148-6110
11032867    +Edward Hospital,    801 S Washington Street,    Naperville, IL 60540-7499
11032868    +Fahion Bug,    P.O. Box 319,    Milford, OH 45150-0319
11152346    +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
              Columbus, GA 31902-0137
11032869    +GEMB - Pay Pal,    P.O. Box 981064,    El Paso, TX 79998-1064
11032870    +Generations Family Medicine,    16W475 S Frontage Rd # 207,    Burr Ridge, IL 60527-6283
11032874    +HSBC,   Attn: Bankruptcy Department,    P.O. Box 5213,    Carol Stream, IL 60197-5213
11032871    +Heartland Cardiovascular Center,    210 N Hammes Ave # 205,    Joliet, IL 60435-8139
11032872    +Hinsdale Anes Assoc Ltd,    Dept 77-9131,    Chicago, IL 60678-0001
11032873    +Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
11032875    +J C Penney,    P.O. Box 981131,    El Paso, TX 79998-1131
11032876     Joliet Radiological Service Corp,    36910 Treasury Center,    Chicago, IL 60694-6900
11032877    +Kohl's Credit/Recovery,    P.O. Box 3004,    Milwaukee, WI 53201-3004
11177329    +Kohls/Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
11230652     LVNV Funding LLC its successors and assigns as,    assignee of Citi,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
11032878    +Lakewood on Caton Farm,    P.O. Box 66416,    Chicago, IL 60666-0416
11032880    +MCI,   P.O. Box 2667,    Houston, TX 77252-2667
11032879    +Macys - Marshall Fields,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
11032881    +McIntire Florist,    715 Market Street,    Fulton, MO 65251-1991
11032882    +Naperville Radiologists SC,    6910 S Madison,    Willowbrook, IL 60527-5577
11032883    +Nextel Sprint,    P.O. Box 541023,    Los Angeles, CA 90054-1023
11032885    +Nieman Marcus,    P.O. Box 729080,    Dallas, TX 75372-9080
11032886    +Old Navy,    P.O. Box 981064,    El Paso, TX 79998-1064
11032887    +Prairie Emergency Services,    P.O. Box 2669,    Joliet, IL 60434-2669
11032888    +Provena - St Joseph Medical Ctr,    333 N Madison Street,    Joliet, IL 60435-8233
11032889    +Provena Health,    2870 Stoner Ct # 300,    North Liberty, IA 52317-8525
11032890    +Provena Service Corp,    18410 Crossing Dr # A,    Tinley Park, IL 60487-9287
11096795    +Recovery Management Systems Corporation,    For GE Money Bank,    dba PayPal,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11096703    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Sam's Club,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11096755    +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11124441    +SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott,    PO Box 19249,    Sugar Land, TX 77496-9249
11032891    +Sam's Club,    P.O. Box 981064,    El Paso, TX 79998-1064
11032892    +Suburban Gastroenterology,    640 S Washington St # 240,    Naperville, IL 60540-6792
11032893    +TGI Mastercard,    P.O. Box 6922,    The Lakes, NV 88901-6922
11032894    +The Childrens Place,    P.O. Box 689182,    Des Moines, IA 50368-9182
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jul 31, 2007
Case: 06-15536                 Form ID: pdf002          Total Served: 77

11032895      +Tiger Direct - Wells Fargo,   P.O. Box 94498,   Las Vegas, NV 89193-4498
11032896      +Troy Dental,   968 Brook Forest Ave # B1,   Shorewood, IL 60404-8807
11032897       WFNNB,   P.O. Box 182283,   Columbus, OH 43218-2283
11032898      +WFNNB - Gander Mountain,   P.O. Box 659569,   San Antonio, TX 78265-9569
11032899      +Will County Treasurer,   302 N Chicago Street,   Joliet, IL 60432-4059
11099124      +World Financial Network National Bank,   Victoria's Secret,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
11100420      +Worldwide Financial Capital Bank,   c/o Weinstein & Riley, P.S.,   2101 Fourth Ave., Suite 900,
                Seattle, WA 98121-2339
11032900      +Zafer  Jawich M.D. SC,   P.O. Box 215,   Tinley Park, IL 60477-0215

The following entities were served by electronic transmission on Aug 01, 2007.
11230652       E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,   assignee of Citi,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
11032884      +E-mail/Text: bankrup@nicor.com                             Nicor Gas,   P.O. Box 549,
                Aurora, IL 60507-0549
                                                                                                 TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Arthur W Rummler
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2007**            **Signature:**     _Joseph Speetjens_