Case 06-15536   Doc 31-3   Filed 10/19/07   Entered 10/19/07 11:47:22   Desc Exhibit
Page 1 of 4

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06B-15536 BWB  
**Case Name:** RIEHL, JAMES  
RIEHL, TAMMY  
**Taxpayer ID #:** 13-7552488  
**Period Ending:** 10/11/07

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****47-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/07 | {12} | JAMES & TAMMY RIEHL | SETTLEMENT FROM ALEXIAN CLAIM | 1129-000 | 16,626.40 | | 16,626.40 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.28 | | 16,634.68 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.88 | | 16,643.56 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.18 | | 16,652.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.18 | | 16,661.92 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.60 | | 16,670.52 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.49 | | 16,680.01 |
| 08/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 8.61 | | 16,688.62 |
| 08/30/07 | | To Account #********4766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 16,688.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **16,688.62** | **16,688.62** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 16,688.62 | |
| | | | **Subtotal** | | **16,688.62** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,688.62** | **$0.00** | |

{} Asset reference(s)

Printed: 10/11/2007 11:06 AM   V.9.55

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06B-15536 BWB
**Case Name:** RIEHL, JAMES
  RIEHL, TAMMY
**Taxpayer ID #:** 13-7552488
**Period Ending:** 10/11/07

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****47-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/07 |  | From Account #********4765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 16,688.62 |  | 16,688.62 |
| 08/30/07 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,415.27, Trustee Compensation; Reference: | 2100-000 |  | 2,415.27 | 14,273.35 |
| 08/30/07 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,190.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 |  | 1,190.00 | 13,083.35 |
| 08/30/07 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $35.36, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 |  | 35.36 | 13,047.99 |
| 08/30/07 | 104 | RECOVERY MGMT SYSTEMS CORPORATION | Dividend paid 37.71% on $380.92; Claim# 001; Filed: $380.92; Reference: | 7100-000 |  | 143.68 | 12,904.31 |
| 08/30/07 | 105 | RECOVERY MGMT SYSTEMS CORPORATION | Dividend paid 37.71% on $699.54; Claim# 002; Filed: $699.54; Reference: | 7100-000 |  | 263.86 | 12,640.45 |
| 08/30/07 | 106 | RECOVERY MGMT SYSTEMS CORPORATION | Dividend paid 37.71% on $1,718.04; Claim# 003; Filed: $1,718.04; Reference: | 7100-000 |  | 648.04 | 11,992.41 |
| 08/30/07 | 107 | WORLD FINANCIAL NETWORK NAT'L BANK | Dividend paid 37.71% on $268.09; Claim# 004; Filed: $268.09; Reference: | 7100-000 |  | 101.12 | 11,891.29 |
| 08/30/07 | 108 | WORLDWIDE FINANCIAL CAPITAL BANK | Dividend paid 37.71% on $6,104.75; Claim# 005; Filed: $6,104.75; Reference: | 7100-000 |  | 2,302.69 | 9,588.60 |
| 08/30/07 | 109 | SMC | Dividend paid 37.71% on $242.33; Claim# 006; Filed: $242.33; Reference: | 7100-000 |  | 91.41 | 9,497.19 |
| 08/30/07 | 110 | CHASE BANK USA NA | Dividend paid 37.71% on $2,783.76; Claim# 007; Filed: $2,783.76; Reference: | 7100-000 |  | 1,050.03 | 8,447.16 |
| 08/30/07 | 111 | CHASE BANK USA NA | Dividend paid 37.71% on $6,227.16; Claim# 008; Filed: $6,227.16; Reference: | 7100-000 |  | 2,348.86 | 6,098.30 |
| 08/30/07 | 112 | ALEXIAN BROS MEDICAL | Dividend paid 37.71% on $250.00; Claim# | 7100-000 |  | 94.30 | 6,004.00 |

**Subtotals :**   **$16,688.62**   **$10,684.62**

{} Asset reference(s)

Printed: 10/11/2007 11:06 AM    V.9.55

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06B-15536 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | RIEHL, JAMES | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RIEHL, TAMMY | Account: | ***-*****47-66 - Checking Account |
| Taxpayer ID #: | 13-7552488 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/11/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | CENTER | 009; Filed: $250.00; Reference: | | | | |
| 08/30/07 | 113 | FEDERATED RETAIL HOLDINGS, INC. | Dividend paid 37.71% on $432.61; Claim# 010; Filed: $432.61; Reference: | 7100-000 | | 163.18 | 5,840.82 |
| 08/30/07 | 114 | CHARMING SHOPPES/FASHION BUG | Dividend paid 37.71% on $427.54; Claim# 011; Filed: $427.54; Reference: | 7100-000 | | 161.27 | 5,679.55 |
| 08/30/07 | 115 | KOHLS/CHASE BANK USA, NA | Dividend paid 37.71% on $898.01; Claim# 012; Filed: $898.01; Reference: | 7100-000 | | 338.73 | 5,340.82 |
| 08/30/07 | 116 | PROVENA HEALTH | Dividend paid 37.71% on $1,291.22; Claim# 013; Filed: $1,291.22; Reference: | 7100-000 | | 487.04 | 4,853.78 |
| 08/30/07 | 117 | LVNV FUNDING LLC | Dividend paid 37.71% on $1,393.32; Claim# 014; Filed: $1,393.32; Reference: | 7100-000 | | 525.56 | 4,328.22 |
| 08/30/07 | 118 | LVNV FUNDING LLC | Dividend paid 37.71% on $11,474.69; Claim# 015; Filed: $11,474.69; Reference: | 7100-000 | | 4,328.22 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 16,688.62 | 16,688.62 | $0.00 |
| Less: Bank Transfers | 16,688.62 | 0.00 | |
| **Subtotal** | **0.00** | **16,688.62** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$16,688.62** | |

{} Asset reference(s)  Printed: 10/11/2007 11:06 AM   V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06B-15536 BWB  
**Case Name:** RIEHL, JAMES  
                RIEHL, TAMMY  
**Taxpayer ID #:** 13-7552488  
**Period Ending:** 10/11/07

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****47-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

               Net Receipts :      16,688.62  
                 Net Estate :     $16,688.62

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****47-65 | 16,688.62 | 0.00 | 0.00 |
| Checking # ***-*****47-66 | 0.00 | 16,688.62 | 0.00 |
|  | $16,688.62 | $16,688.62 | $0.00 |

{} Asset reference(s)                              Printed: 10/11/2007 11:06 AM     V.9.55